IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GC CARB, LLC,

       Plaintiff,

  v.

NATIONAL REAL ESTATE INSURANCE GROUP, LLC,

       Defendant.

_____/

No. C 18-00869 JSW

**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR**

      On June 1, 2018, the parties appeared for the initial case management conference. In the Order setting this date, the Court stated that "[t]he parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates." (Order Setting Case Management Conference at 1.) Daniel Ashby appeared on behalf of Defendant, but Mr. Ashby is not listed on the docket as "lead attorney." Accordingly, Malcolm Schick is HEREBY ORDERED to show cause why the Court should not impose monetary sanctions in the amount of $250.00 for his failure to appear at the case management conference. Counsel's response to this Order to Show Cause shall be due by June 8, 2018.

      **IT IS SO ORDERED.**

Dated: June 4, 2018

_____

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE